NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3130

ROSS R. PINA,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Lorenzo W. Tijerina, of San Antonio, Texas, argued for petitioner.

Joyce G. Friedman, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were B. Chad Bungard, General Counsel and Stephanie M. Conley, Acting Assistant General Counsel.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3130

ROSS R. PINA,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      DA0752070343-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, PLAGER, and SCHALL, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED November 25, 2008      /s/ Jan Horbaly
                                    Jan Horbaly, Clerk